Joshua E. Anderson (SBN 211320)
janderson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel:  (213) 896-6000
Fax:  (213) 896-6600

*Attorneys for Defendant Gilead Sciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY H. LUNDY, et al.,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>GILEAD SCIENCES, INC.,<br><br>    *Defendant.* | Case No. 4:20-cv-05282-JST<br><br>**NOTICE OF CHANGE OF COUNSEL PURSUANT TO LOCAL RULE 5-1(c)(2)(C)** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that Sidley Austin LLP and the Counsel listed below from Sidley Austin LLP hereby withdraw as counsel of record for Defendant Gilead Sciences, Inc. ("Gilead") in this consolidated action with the consent of Gilead. Gilead will continue to be represented by other counsel of record who have appeared on Gilead's behalf in this action.

Joshua E. Anderson
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

1
2  Dated: January 12, 2024            By   */s/   Joshua E. Anderson*
3                                          Joshua E. Anderson (SBN 211320)
                                           **SIDLEY AUSTIN LLP**
4                                          555 West Fifth Street
                                           Los Angeles, CA 90013
5                                          Phone: (213) 898-6000
                                           Fax: (213) 898-6600
6                                          Email: janderson@sidley.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Joshua E. Anderson*
Joshua E. Anderson