# EXHIBIT 1

**SCHEDULE A**

| LMI ID | Plaintiff Name | Case Name | Case Number | Applicable MTD ECF No. |
|--------|----------------|-----------|-------------|------------------------|
| 1153057 | Abney, Vernon | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153043 | Christian, Michael L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153039 | Danner, Andres H. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153025 | Goggin, Cynthia A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153023 | Gomez, Jorge A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153027 | Goodman, Bevan | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153022 | Gray, Wiley B. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153018 | Harris, Brenda L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153017 | Harris, Garrie J. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153016 | Harris, Julia | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153014 | Henley, Brian C. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153009 | Jenkins, Tammy | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153095 | Longest, Jacob J. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153093 | Magwood, Michele A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153089 | Martini, Cynthia L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153088 | McGlone, Bernice E. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153086 | Mitchell, Ralph | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153081 | Palacio-Fernandez, Victor A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153079 | Perez, Hector L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153078 | Perez, Orlando G. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |

| 1153077 | Perry, Jeffrey L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
|---|---|---|---|---|
| 1153076 | Phillips, Floyd A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153075 | Redish, Doyle D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153074 | Reisman, Iris C. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153058 | Saulsby, Gary A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153067 | Tripp, Mark S. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153119 | Walker, Robert M. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153113 | Williams, James J. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153098 | Wyatt, Michael | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1160716 | Johnson, Darren | *Johnson, D., et al. v. Gilead Sciences, Inc.* | 3:23-cv-01439-JST | 1444 |
| 1160717 | Rochester, Roslyn | *Johnson, D., et al. v. Gilead Sciences, Inc.* | 3:23-cv-01439-JST | 1444 |
| 1152741 | Lytch, Angel | *Lytch v. Gilead Sciences, Inc.* | 4:23-cv-01715 | 1444 |
| 1153966 | Gabbard, Hugh F. | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153964 | Hickman, Kevin | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153962 | Joel, Gregory | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153960 | Kitchens, Larry | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1155921 | Friend, Keith L. | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
| 1155919 | Halle, Daniel R. | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
| 1155914 | Krichevsky, Brent | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
| 1155912 | Kueny, Stephen M. | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
| 1155910 | Oleson, Bruce | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |

| 1155907 | Spaulding, Patricia A. | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
|---|---|---|---|---|
| 1155906 | Tucker, Edwin K. | *Sutton, Anita, et al. v. Gilead Sciences, Inc.* | 4:23-cv-02607-JST | 1444 |
| 1088602 | Endicott, Phillip | *Bird, et al. v. Gilead Sciences, Inc.* | 4:22-cv-00595-JST | 1445 |
| 633628 | Peeler, Terris | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1445 |
| 1122887 | Deleon, Ashley | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1122871 | LaBelle, Craig | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1122868 | McKinley, Patricia | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1122862 | Minor, Montrel | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1122863 | Nowlin, Robert | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1122866 | Tran, Nam | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 1027643 | Chrisman, Robert E. | *Criado, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05656-JST | 1445 |
| 1153053 | Bautista, Sonia | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 1153106 | Jones, Michael A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 1153104 | Jorgensen, James | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 1153085 | Moss, Torrence | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 1153083 | Ortiz, Daniel W. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 1153060 | Shelton, Deloise | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1445 |
| 530274 | Sullivan, Larry | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1445 |
| 685973 | Gaines, Cecil J. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1445 |
| 1126936 | Adams, Ella W. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126938 | Baskin, Mark A. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |

| 1126951 | Canter, John C. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
|---------|-----------------|------------------------------------------|-------------------|------|
| 1126957 | Diaz, Felicita O. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126965 | Frazzini, Vincent E. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126969 | Green, Leon | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126971 | Hansen, Craig L. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126972 | Harlan, Anthony | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127088 | Jane Doe 34 | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126979 | Janics, Richard A. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126981 | Jones, Ronsheilla | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126982 | Josue, Diana | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126985 | Love, Jay | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126990 | McMahon, Steven M. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126996 | Moore, Mary H. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1126998 | Noto, Leonard | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127007 | Post, Donald | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127010 | Raroha, Michael | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127014 | Richburg, Janice | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127015 | Rivera, Jaime R. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127023 | Sharp, Dwayne | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 1127035 | Wong, Wayne C. | *Harlan, et al. v. Gilead Sciences, Inc.* | 4:22-cv-03156-JST | 1445 |
| 530316 | Frazier, Tammy | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1445 |

| 530366 | Perry, Tamara | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1445 |
|---|---|---|---|---|
| 1122942 | Burleson, Mark | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122939 | Calhoun, Derrick D. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122925 | Doyle, David | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122913 | Goerner, Carol | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123010 | Ioannone, Gerald | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123004 | Kayne, Benjamin | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123009 | King, Forrest C. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123006 | Kouadio, N'goran | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123002 | Leak, Samantha | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123001 | LeBlanc, David | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1123000 | LeGrier, Reginald | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122997 | Lipert, Vincent A. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122998 | Loller, Jason A. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122988 | Mauricio, Jose M. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122985 | Miller, Stephen E. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122973 | Prather, Harvey | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122969 | Ricci, Scott | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122968 | Rivera, Jose | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122964 | Roerk, Jody | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122956 | Smith, Sheila | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |

| 1123025 | Stephens, William | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
|---|---|---|---|---|
| 1123024 | Thomas, Donald R. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1106531 | Maxwell, Randall | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1445 |
| 1106604 | Rogers, Gerald L. | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1445 |
| 1106593 | Skipper, Joseph D. | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1445 |
| 1106578 | Thornton, Tony R. | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1445 |
| 1146224 | John Doe 56 | *Koski, et al. v. Gilead Sciences, Inc.* | 4:22-cv-08903-JST | 1445 |
| 1146221 | Riley, Michael D. | *Koski, et al. v. Gilead Sciences, Inc.* | 4:22-cv-08903-JST | 1445 |
| 1144936 | Lang, Sonya M. | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST | 1445 |
| 1144937 | Renz, David | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST | 1445 |
| 1144502 | Spires, Virginia | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST | 1445 |
| 835483 | Gordon, Patrick S. | *Lundy et al v. Gilead Sciences Inc., et al.* | 4:20-cv-05282-JST | 1445 |
| 529222 | Dillard, Maricsha | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 529270 | Hall, Mitchell | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 529385 | Parker, Diane | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 529404 | Reid, Angelo | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 529439 | Smith, John | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 529446 | Snodgrass, Daniel | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1445 |
| 1146217 | Burrows, Dedra D. | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |
| 1146213 | Hanson, Michael J. | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |
| 1146210 | Jones, Paul D. | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |

| 1146204 | Morris, Jessica | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |
|---------|-----------------|----------------------------------------------|-------------------|------|
| 1146205 | Sepulveda, Wilda J. | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |
| 1027505 | Underdahl, Brian J. | *Wright, A. et al. v. Gilead Sciences, Inc.* | 4:21-cv-06082-JST | 1445 |
| 534149 | Brown, Theond | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1446 |
| 1083396 | Rodriguez, Martin A. | *Geller et al. v. Gilead Sciences, Inc.* | 4:21-cv-08752-JST | 1446 |
| 1122929 | John Doe 47 | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1446 |
| 1106451 | Muldrow, Tyrone | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1446 |
| 1088100 | Brown, Detra | *Ortley et al. v. Gilead Sciences, Inc.* | 4:21-cv-09576-JST | 1446 |
| 565442 | Neal, Ronald | *Baumgartner et al. v. Gilead Sciences, Inc.* | 4:20-cv-02446-JST | 1448 |
| 633327 | Barnes, Vennica | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633319 | Iverson, Cathy | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633307 | Keifer, Kevin | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633621 | Lane, Rose | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633408 | Laster, Yolanda | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633624 | Mercer, Mary | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 633629 | Peconi, Mark | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 632840 | Young, James | *Calkins et al. v. Gilead Sciences, Inc.* | 4:20-cv-01884-JST | 1448 |
| 724198 | Sutton, Lucy | *Coleman et al. v. Gilead Sciences, Inc.* | 4:20-cv-04546-JST | 1448 |
| 534096 | Cranford, Howard L. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |
| 534091 | Harris, Ezra B. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |
| 534151 | Hayes, Timothy | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |

| 534073 | Michael, Adrian | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |
|--------|-----------------|---------------------------------------------|-------------------|------|
| 534078 | Miller, Bernard K. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |
| 530256 | Biviano, Richard | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 530261 | Hunter, Matthew B. | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 530268 | Moore, Lanney | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 530270 | Robinson, Harlan | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 530278 | Woodson, Duane | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 685917 | Boose, Elliot C. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 685935 | Chesher, James S. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 685947 | Creamer, Bobby | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686000 | King, Bryan | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686013 | McLoyd, Peter | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686022 | Morrow, Douglas L. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686030 | Nunez, Max R. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686038 | Parker, Madina M. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686037 | Parker, Richard J. | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686055 | Saunders, NeCobra | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686062 | Slider, Charles | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686085 | Woodall-Wilson, Stephanie | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686090 | Zeigler, Ledarre | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 530307 | Dooley, Sabrina | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |

| 530308 | Dubose, Marisa | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
|---|---|---|---|---|
| 530311 | Flammer, Darryl | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530312 | Fleming, Jermaine | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530315 | Foster, Millicent Y. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530306 | John Doe 1 | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530337 | Levingston-Jones, Levine | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530357 | Moreira, Claudio | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530371 | Powers, Ronnie A. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530375 | Proctor, Carlos | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530389 | Smith, Jamal L. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530402 | Tribble, Michael | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530409 | Wearing, Faykeita L. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 678052 | Craven, Jeric | *Leon et al. v. Gilead Sciences, Inc.* | 4:20-cv-03744-JST | 1448 |
| 677498 | Garner, Roy | *Leon et al. v. Gilead Sciences, Inc.* | 4:20-cv-03744-JST | 1448 |
| 678315 | Oliver, Gregory | *Leon et al. v. Gilead Sciences, Inc.* | 4:20-cv-03744-JST | 1448 |
| 676975 | Peters, Rodney | *Leon et al. v. Gilead Sciences, Inc.* | 4:20-cv-03744-JST | 1448 |
| 990041 | Lewis, Ronald | *Lewis, et al v. Gilead Sciences, Inc.* | 4:21-cv-03218-JST | 1448 |
| 529012 | Anderson, Oris | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529018 | Black, John | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529043 | Ford, Shelia | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529050 | Garrett, Terry W. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |

| 529060 | Hickle, Timothy A. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
|---|---|---|---|---|
| 529061 | Hicks, Keri | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529071 | Kinner, Tommy | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529072 | Kleinschmidt, Bruce | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529077 | Malone, Corey | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529078 | Malone, Patricia | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529081 | Maynard, Charisa | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529085 | Monroe, Kent | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529086 | Moon, James W., Jr. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529090 | Nolan, De'Mon | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529100 | Roberts, David E. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529107 | Spears, Cora | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529111 | Spreen, Jeffrey K. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529120 | Turner-Davis, Margaret | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529126 | Welles, Robert | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529133 | Wilson, Alphonso | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 735278 | Gomez, Marvin J. | *Mack et al. v. Gilead Sciences, Inc.* | 4:20-cv-04734-JST | 1448 |
| 735678 | John Doe 11 | *Mack et al. v. Gilead Sciences, Inc.* | 4:20-cv-04734-JST | 1448 |
| 529274 | Stewart, Marilyn | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529171 | Broughton, Kelvin | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529175 | Brown, Thelma | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |

| 529179 | Busby, Henry | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
|---|---|---|---|---|
| 529188 | Capers, Aubrey W. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529206 | Coleman, Sherrlena | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529209 | Costner, Karen | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529214 | Davis, Charlie | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529217 | Delours Fleming, Edna | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529224 | Dinkins, Landia D. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529233 | Dolan, John E. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529240 | Duncan, Jimmy C. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529248 | Flowers, Derrick | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529258 | Glenn, David S. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529259 | Godfrey, Robert | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529260 | Gooden, Gregory | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529269 | Hall, Eric | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529280 | Harvey, Warrick | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529284 | Hernandez, Nancy | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529286 | Hinds, Kris | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529292 | Holsey, Theresa | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529300 | Ivory, Kendrick | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529301 | Jackson, Angela | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529304 | Jamison, George | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |

| 529307 | Jett, Ernest | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
|--------|--------------|------------------------------------------|-------------------|------|
| 529314 | Johnson, TyShaune | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529324 | Larry, David E. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529327 | Lord, Cathy B. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529343 | Mayhan, Jamoni | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529355 | McNeil, Michael K. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529367 | Morris, Marcelle | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529386 | Patasky, Adam | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529387 | Payne, Misty M. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529388 | Payton, Rynnaill | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529395 | Plowden, Khadija | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529401 | Rainey, Kyneshia | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529407 | Richardson, Aaron | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529409 | Roberts, Lindsey | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529412 | Robinson, Tyshun | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529415 | Rodriguez, Antonio | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529419 | Rubet, Francis | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529422 | Salter, Shawn | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529433 | Shudy, Deborah | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529436 | Singleton, Hasan | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529445 | Snead, Ryan | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |

| 529447 | Snodgrass, Terry | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
|---|---|---|---|---|
| 529457 | Tenorio, Brandon | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529480 | Wheatley, Darryl | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529490 | Williams, Kenneth J. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529493 | Williams, Rodney C. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529495 | Williams, Valerie | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 1088101 | De Lima, Carlos | *Ortley et al. v. Gilead Sciences, Inc.* | 4:21-cv-09576-JST | 1448 |
| 658080 | Allen, Milton | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | 1448 |
| 658068 | Calvin, Tracy | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | 1448 |
| 658079 | Richardson, Edward | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | 1448 |
| 533482 | Alexander, Bruce | *Rivers et al. v. Gilead Sciences, Inc.* | 4:19-cv-07991-JST | 1448 |
| 533489 | Price, Debra A. | *Rivers et al. v. Gilead Sciences, Inc.* | 4:19-cv-07991-JST | 1448 |
| 533495 | Shaw, Elijah J. | *Rivers et al. v. Gilead Sciences, Inc.* | 4:19-cv-07991-JST | 1448 |
| 960384 | Leite, Michael | *White, A. et al v. Gilead Sciences, Inc.* | 4:21-cv-02039-JST | 1448 |
| 960393 | Shearer, Donna L. | *White, A. et al v. Gilead Sciences, Inc.* | 4:21-cv-02039-JST | 1448 |

**SCHEDULE B**

| LMI ID | Plaintiff Name | Case Name | Case Number | Applicable MTD ECF No. |
|--------|----------------|-----------|-------------|------------------------|
| 1153019 | Harper, Tanyika | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153101 | Korienek, James A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1122979 | Nolan, Richard | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1146201 | Rios, Margaret L. | *Sharp, D., et al. v. Gilead Sciences, Inc.* | 4:22-cv-09184-JST | 1445 |
| 1122867 | Mclendon, Raashad | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1446 |
| 1122920 | Feliciano, Jose A. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1446 |

**SCHEDULE C**

| LMI ID | Plaintiff Name | Case Name | Case Number | Applicable MTD ECF No. |
|--------|----------------|-----------|-------------|------------------------|
| 1153056 | Ammons, Marybeth | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153054 | Ayala, Raphael B. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153048 | Byrd, Cameshia L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153036 | DiMaggio, Cathleen J. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153028 | Edwards, Karen | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153024 | Green, Michael D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153008 | Hurtado, Dominic G. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153012 | Jackson, Keith | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153010 | Jones, Dexter | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153107 | Jones, Lafayette D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153105 | Jorba, Michael V. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153092 | Malpera, Elda | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153084 | Ortiz, Ramon | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153082 | Patten, Cassandra L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153080 | Pauline, Dawn | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153073 | Richardson, Randy | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153072 | Roberts, John F. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153062 | Sipling, Thomas D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153063 | Skidmore, Daniel E. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153122 | Turner, Booker T. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |

| 1153121 | Valdivia, Gilberto F. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
|---|---|---|---|---|
| 1153116 | Welch, Nicholas | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153112 | Williams, Jonathan | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153108 | Young, Mary B. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153967 | Coleman, Jerome | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153965 | Garcia, Nathania | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153961 | Johnson, Mamie | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153957 | McLean, Todd | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153955 | Rials, John A. | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1153956 | Sutton, Anita E. | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 1122990 | Mallonee, Richard | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1122980 | Nickerson, Robert | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1445 |
| 1144501 | Joyner, Joseph J. | *Lassiter, et al. v. Gilead Sciences, Inc.* | 4:22-cv-06635-JST | 1445 |
| 1125393 | Alexander, Latasha | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | 1445 |
| 1125368 | Mosley, Craig L. | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | 1445 |
| 1125355 | Winters, Gregory W. | *Lee, et al. v. Gilead Sciences, Inc.* | 4:22-cv-02353-JST | 1445 |
| 1020874 | Sutton, Kenneth L. | *Falls, et al. v. Gilead Sciences, Inc.* | 4:21-cv-05387-JST | 1446 |
| 914487 | Hammond, Leonora | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | 1446 |
| 1122965 | Robison, Johnny | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1446 |
| 529394 | Phipps, Carol | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1446 |
| 896405 | Parks, Sharon D. | *Nicholson, et al v Gilead Sciences, Inc.* | 4:20-cv-08751-JST | 1446 |

| 942216 | Berrio, Elaine T. | *Clark, A et al v. Gilead Sciences, Inc.* | 4:21-cv-00713-JST | 1448 |
|---|---|---|---|---|
| 534121 | Jones, Melville N. | *Davillier et al. v. Gilead Sciences, Inc.* | 4:20-cv-00570-JST | 1448 |
| 530277 | Wait, Howard | *Dowdy et al. v. Gilead Sciences, Inc.* | 4:19-cv-00481-JST | 1448 |
| 685969 | Franklin, Rhonda | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686054 | Ruzeck, Serge | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 530280 | Allen, Mel M. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530296 | Cook, Rhonda F. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530387 | Shirley, Antiqua | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 1122970 | Reiter, Robert D. | *Keefe, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01370-JST | 1448 |
| 529029 | Copelin, Demica | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529044 | Frost, Arden | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529083 | Messer, John | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529114 | Taylor, Aaron K. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529118 | Thompson, Sam E. | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529128 | Whaley, Timothy | *Lyons et al. v. Gilead Sciences, Inc.* | 4:19-cv-02538-JST | 1448 |
| 529155 | Baker, Nina | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529158 | Bartley, Oscar | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529187 | Caldwell, Halbert | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529255 | Garcia, Judy | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529262 | Gordon, Donald J. | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529331 | Lyons, Keith | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |

| 529492 | Williams, Oleevya | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
|--------|-------------------|------------------------------------------|-------------------|------|
| 658099 | Blanco, Javier | *Pennington et al. v. Gilead Sciences, Inc.* | 4:20-cv-03489-JST | 1448 |
| 533485 | Cofield, Darmeka | *Rivers et al. v. Gilead Sciences, Inc.* | 4:19-cv-07991-JST | 1448 |

**SCHEDULE D**

| LMI ID | Plaintiff Name | Case Name | Case Number | Applicable MTD ECF No. |
|--------|----------------|-----------|-------------|------------------------|
| 1153032 | Freeman, Tavares D. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153090 | McGee, Melissa R. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153087 | Meeks, Daryl L. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1122853 | Schlenker, Chris | *Cariano, et al. v. Gilead Sciences, Inc.* | 4:22-cv-01867-JST | 1445 |
| 685933 | Chambers, Roy | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1446 |
| 914448 | Boyd, Paulette L. | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | 1446 |
| 914508 | Mitchell, Michael A. | *Kachelmyer, et al v. Gilead Sciences, Inc.* | 4:21-cv-00328-JST | 1446 |
| 1106224 | Caraway, Raymond | *Kelly, A., et al. v. Gilead Sciences, Inc.* | 4:22-cv-00688-JST | 1446 |
| 529253 | Fuller, Ronney | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1446 |
| 529429 | Scruggs, Maurice | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1446 |
| 685948 | Cundiff, Jetta | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 686035 | Owens, Delephine | *Goldfinger et al. v. Gilead Sciences, Inc.* | 4:20-cv-04043-JST | 1448 |
| 530334 | Jones, Nicholas | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530353 | Miller, Jerry | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 530401 | Towe, Wilton, Jr. | *Holley et al. v. Gilead Sciences, Inc.* | 4:18-cv-06972-JST | 1448 |
| 529312 | Johnson, Monty | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529374 | Nguyen, Cuong | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |
| 529406 | Rice, Roy | *Mosely et al. v. Gilead Sciences, Inc.* | 4:19-cv-05816-JST | 1448 |

**SCHEDULE E**

| LMI ID | Plaintiff Name | Case Name | Case Number | Applicable MTD ECF No. |
|--------|----------------|-----------|-------------|------------------------|
| 1153097 | Lee, Sylvia A. | *Danner, et al. v. Gilead Sciences, Inc.* | 4:23-cv-01517-JST | 1444 |
| 1153963 | Joe, Patrick | *Sutton, A., et al. v. Gilead Sciences, Inc.* | 4:23-cv-00701-JST | 1444 |
| 529046 | Gainey, Emile | *Lyons et al. v. Gilead* | 4:19-cv-02538-JST | 1448 |